**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

ANTONIO MASON,                          §
                                        §
              Plaintiff,                §
                                        §
*versus*                                §     CIVIL ACTION NO. 1:05-CV-381
                                        §
R.D. MILES, *et al.*,                   §
                                        §
              Defendants.               §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Antonio Mason, an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this civil rights lawsuit against R.D. Miles, Lieutenant Russo, Lieutenant Vaness, and Officer Sherman.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed for want of prosecution and for failing to exhaust administrative remedies.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 20th day of March, 2006.

*Marcia A. Crone*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

2